JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| HANJIN SHIPPING CO., LTD., | **IN ADMIRALTY** |
| Plaintiff, | **CASE NO.: CV10 0131 PA (RCx)** |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| LINCOLN GENERAL INSURANCE COMPANY, | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| Defendant. | |

On September 21, 2010, the parties in the captioned action submitted a stipulation advising of the settlement of the captioned action and seeking the dismissal of the captioned matter with prejudice.

Having fully considered the stipulation submitted by counsel and having found that good cause exists for the dismissal of the captioned matter,

---

1

C:\Tmp\Domino Web Access\Order Re Dismissal With Prejudice.doc     ORDER - DISMISSAL WITH PREJUDICE

ROBERTS & KEHAGIARAS LLP
www.tradeandcargo.com

Case 2:10-cv-00131-PA-RC   Document 20   Filed 09/24/10   Page 2 of 2   Page ID #:106

**THIS COURT HEREBY MAKES THE FOLLOWING ORDERS:**

1) The captioned matter is hereby dismissed **WITH prejudice** in its entirety, and with each side to be responsible for their own costs of suit in this action.

**IT IS SO ORDERED.**

Dated: September 24, 2010          _____
                                    Honorable PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE

**ROBERTS & KEHAGIARAS LLP**
www.tradeandcargo.com

---

2

C:\Tmp\Domino Web Access\Order Re Dismissal With Prejudice.doc          ORDER - DISMISSAL WITH PREJUDICE